



★ ★ ★        ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00240-CR

Michelle **REYES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CR-11396W
Honorable Ernest Acevedo, Judge Presiding

PER CURIAM

Sitting:       Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Sandee Bryan Marion, Justice

Delivered and Filed: April 7, 2010

DISMISSED

Appellant has filed a motion to dismiss this appeal by withdrawing her notice of appeal. The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH